UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEJANDRO PINTO,

                     Plaintiff,

        -against-

BLOCKFI INC.,

                     Defendant.

21-CV-10190 (LTS)

CIVIL JUDGMENT

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Pursuant to the order issued December 7, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 21-CV-10117. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    Plaintiff has consented to electronic service.

SO ORDERED.

Dated:   December 7, 2021
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge